# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CLIFFORD WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No: 22-cv-1225 ) ) |
| CBRE, INC. and D.H. PACE COMPANY, INC., | ) ) |
| Defendants, | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant CBRE, Inc., through undersigned counsel, hereby files this Notice of Removal of the above-captioned action currently pending in the Circuit Court for Cook County, Illinois, Case No. 2022 L 004686. In support thereof, Defendant states as follow:

1. Plaintiff Clifford Williams ("Plaintiff") initiated this civil action by filing a Complaint against Defendant in the Circuit Court for Cook County. Copies of Plaintiff's Complaint and Summons are appended hereto as Exhibit A.

2. Defendant CBRE, Inc. ("CBRE") was served with a copy of the Complaint and Summons on June 3, 2022. Defendant D.H. Pace Company, Inc. ("D.H. Pace") was served with a copy of the Complaint and Summons on June 8, 2022. This Notice of Removal is being filed with this Court within 30 days of the earliest receipt of the Complaint by Defendant CBRE and is timely filed. 28 U.S.C. § 1446(b).

3. Upon information and belief, Plaintiff is a citizen of Illinois.

4. Defendant CBRE is a corporation formed under the laws of Delaware with its principal place of business and executive offices in Dallas, Texas. Defendant CBRE is not a

citizen of the State of Illinois. *See* 28 U.S.C. §1332 (c)(1) (citizenship of a corporation for diversity jurisdictional purposes is the corporation's state of incorporation and its principal place of business).

5. Defendant D.H. Pace is a corporation formed under the laws of Delaware with its principal place of business and executive offices in Olathe, Kansas. Defendant D.H. Pace is not a citizen of the State of Illinois. (See Exhibit B)

6. CBRE's counsel has spoken to counsel for D.H. Pace who has provided consent to this removal and stated that written consent will be forthcoming.

7. Complete diversity of citizenship exists between the parties on all sides. *See* 28 U.S.C. § 1441(b) "A civil action otherwise removable solely on the basis of the jurisdiction under [28 U.S.C. § 1332(a)] may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

8. Plaintiff is seeking damages in excess of $75,000. (See Exhibit C, Email From Plaintiff's Counsel).

9. As a result, this Court has original jurisdiction of this civil action under the provisions of 28 U.S.C. § 1332, in that complete diversity exists between the parties and the amount incontroversy exceeds $75,000, exclusive of interest and costs.

10. Exhibit A attached hereto represents all of the pleadings received by or served upon Defendant in connection with Plaintiff's claims.

11. The Complaint was filed in Cook County, Illinois which is not the proper venue. According to 28 U.S.C § 1391(b)(2): A civil action may be brought in: "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." As alleged in the

Complaint, the incident occurred at a Lowe's store in East Peoria, Illinois which is located within the Central District of Illinois. Therefore, pursuant to 28 U.S.C. § 1391(b)(2), removal to this Court is appropriate.

    WHEREFORE, Defendant CBRE, Inc., gives notice that the above-referenced action brought in the Circuit Court for Cook County is hereby removed to this Court for all further proceedings.

    Respectfully submitted,

    **TYSON & MENDES LLP**

/s./ *Mark H. Shanberg*
Mark H. Shanberg (ARDC No.: 6210007)
**Tyson & Mendes, LLP**
125 S. Wacker Drive, Suite 300
Chicago, Illinois 60606
Ph.: (312) 300-6108
Email: mshanberg@tysonmendes.com
*Attorneys for CBRE, Inc.*