

CT Corporation
Service of Process Notification
06/03/2022
CT Log Number 541691887

## Service of Process Transmittal Summary

**TO:** Chad Doellinger, Deputy General Counsel/Global Litigation
CBRE, Inc.
2100 MCKINNEY AVE STE 700
DALLAS, TX 75201-6909

**RE:** Process Served in Illinois

**FOR:** CBRE, Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: Clifford Williams // To: CBRE, Inc. |
| DOCUMENT(S) SERVED: | Summonses, Complaint, Affidavit |
| COURT/AGENCY: | Cook County Circuit Court - Law Division, IL<br>Case # 2022L004686 |
| NATURE OF ACTION: | Employee Litigation - Personal Injury - 06/04/2020 |
| PROCESS SERVED ON: | C T Corporation System, Chicago, IL |
| DATE/METHOD OF SERVICE: | By Process Server on 06/03/2022 at 02:23 |
| JURISDICTION SERVED: | Illinois |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service of this summons, not counting the day of service |
| ATTORNEY(S)/SENDER(S): | Kathleen M. Ryan<br>Ryan, Ryan & Viglione<br>209 West Madison Street<br>Waukegan, IL 60085<br>(847) 244-1436 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 06/06/2022, Expected Purge Date: 06/11/2022<br><br>Image SOP<br><br>Email Notification, Chad Doellinger chad.doellinger@cbre.com<br><br>Email Notification, Mark Magi mark.magi@cbre.com<br><br>Email Notification, Alessandra Suarez alessandra.suarez@cbre.com<br><br>Email Notification, Jaclyn Feldman jaclyn.feldman@cbre.com<br><br>Email Notification, Tejas Padhiar tejas.padhiar@cbre.com<br><br>Email Notification, Nicholas Watson Nicholas.Watson@cbre.com<br><br>Email Notification, Lance Arnott sopverification@wolterskluwer.com |
| REGISTERED AGENT CONTACT: | C T Corporation System<br>208 South LaSalle Street<br>Suite 814 |

Exhibit A



**CT Corporation**
**Service of Process Notification**
06/03/2022
CT Log Number 541691887

Chicago, IL 60604
877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

Date: Fri, Jun 3, 2022
Server Name: Sheriff Drop

| Entity Served | CBRE Inc |
|---|---|
| Case Number | 2022L004686 |
| Jurisdiction | IL |

| Inserts | |
|---|---|
| | |



All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/123 7 1 8 *
Remote Court date: 7/28/2022 9:00 AM



FILED
5/25/2022 2:37 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L004686
Calendar, H
18045312

FILED DATE: 5/25/2022 2:37 PM 2022L004686

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

**CLIFFORD WILLIAMS**

_____
Plaintiff(s)

v.

**CBRE, INC. and D.H. PACE COMPANY, INC.**

Case No. **2022L004686**

_____
Defendant(s)

_____
Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail  ⦿ Sheriff Service  ○ Alias

### SUMMONS

To each Defendant: CBRE, Inc. c/o Registered Agent: CT Corporation System
208 South LaSalle Street, Suite 814, Chicago, Illinois 60604

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer YOU DO NOT NEED TO COME TO THE COURTHOUSE. You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org



Summons - Alias Summons (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 12330
○ Pro Se 99500
Name: Kathleen M. Ryan/Ryan, Ryan & Viglione
Atty. for (if applicable): Plaintiff
Address: 209 West Madison Street
City: Waukegan
State: IL   Zip: 60085
Telephone: (847) 244-1436
Primary Email: kryan@rrvlaw.net

Witness date: 5/25/2022 2:37 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3



## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

<u>CALL OR SEND AN EMAIL MESSAGE</u> to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
Court date EMAIL: ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
Court date EMAIL: CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
Court date EMAIL: CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
Court date EMAIL: DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
Court date EMAIL: DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
Court date EMAIL: LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
Court date EMAIL: ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
Court date EMAIL: D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
Court date EMAIL: D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
Court date EMAIL: D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
Court date EMAIL: D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
Court date EMAIL: D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

FILED DATE: 5/25/2022 2:37 PM 2022L004686



All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/123 7 1 8 *
Remote Court date: 7/28/2022 9:00 AM

FILED
5/25/2022 2:37 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L004686
Calendar, H
18045312

FILED DATE: 5/25/2022 2:37 PM   2022L004686

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                                (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

**CLIFFORD WILLIAMS**

Plaintiff(s)

v.

**CBRE, INC. and D.H. PACE COMPANY, INC.**

Defendant(s)

Case No. **2022L004686**

Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ⦿ Sheriff Service   ○ Alias

### SUMMONS

To each Defendant: CBRE, Inc. c/o Registered Agent: CT Corporation System
208 South LaSalle Street, Suite 814, Chicago, Illinois 60604

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer YOU DO NOT NEED TO COME TO THE COURTHOUSE. You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

Page 1 of 3



Summons - Alias Summons  (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⊙ Atty. No.: 12330
○ Pro Se 99500
Name: Kathleen M. Ryan/Ryan, Ryan & Viglione
Atty. for (if applicable): Plaintiff
Address: 209 West Madison Street
City: Waukegan
State: IL   Zip: 60085
Telephone: (847) 244-1436
Primary Email: kryan@rrvlaw.net

Witness date: 5/25/2022 2:37 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3



## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
Court date EMAIL: ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
Court date EMAIL: CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
Court date EMAIL: CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
Court date EMAIL: DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
Court date EMAIL: DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
Court date EMAIL: LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
Court date EMAIL: ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
Court date EMAIL: D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
Court date EMAIL: D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
Court date EMAIL: D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
Court date EMAIL: D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
Court date EMAIL: D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

FILED DATE: 5/25/2022 2:37 PM   2022L004686

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 3 of 3

FILED
* 5 0 1 7 5/25/2022 2:37 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L004686
Calendar, H

FILED DATE: 5/25/2022 2:37 PM   2022L004686

Attorney No. 12330

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CLIFFORD WILLIAMS,                      )
                                        )
           Plaintiff,                   )
                                        )
    v.                                  )   No. 2022L004686
                                        )
CBRE, INC. and D.H. PACE COMPANY, INC., )
                                        )
           Defendants.                  )

## COMPLAINT

### COUNT I

(Clifford Williams v. CBRE, Inc., a Foreign Corporation)

NOW COMES the Plaintiff, CLIFFORD WILLIAMS, by and through his attorneys, RYAN, RYAN & VIGLIONE, and complaining of the Defendant, CBRE, INC., a Foreign Corporation (hereinafter referred to as "CBRE"), alleges in the alternative upon information and belief that:

1. Upon information and belief at all times stated herein, the Defendant, CBRE, was a Foreign Corporation, incorporated in the State of Delaware and doing business in various states and in various counties throughout the State of Illinois, including in Cook County, Illinois.

2. Upon information and belief, on and before June 4, 2020, CBRE was in the business of providing professional services and facility maintenance services, including facility management services, planned maintenance services, and repair and replacement services, among others (hereafter referred to as "Facility Management Services"), for its customers facilities, including Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement at 201 Riverside Drive, East Peoria, Illinois 61611 (hereafter referred to as "Lowe's").

1

3. On or about June 4, 2020, the Plaintiff was employed by Lowe's and was present at Lowe's facility in the area of its loading dock and overhead rolling door.

4. Upon information and belief at all times stated herein, CBRE contracted with Lowe's to and/or otherwise assumed the duty to provide Facility Management Services to Lowe's, including managing and/or planning and/or inspecting and/or maintaining and/or servicing and/or consulting and/or repairing and/or installing and/or providing preventative maintenance and related services for the maintenance of its facility, including the overhead rolling doors in the loading dock/service area of Lowe's.

5. Upon information and belief at all times stated herein, CBRE agreed to and assumed the duty to ensure that its Facility Management Services were performed in compliance with all applicable federal, state, and local regulations, laws, ordinances and codes, and met or exceeded applicable industry standards, manufacturer's OEM specifications, as well as complied with Lowe's standards and guidelines.

6. Upon information and belief at all times stated herein, CBRE agreed to and assumed the duty to manage the facilities maintenance program and provide related services to satisfy Lowe's objectives, including to protect Lowe's valuable reputation of having attractive and well-maintained facilities.

7. Upon information and belief at all times stated herein, CBRE agreed to and otherwise assumed the duty to perform all Facility Management Services with the utmost concern for the safety of contractor's personnel, Lowe's employees, the general public, and all property.

8. On or about June 4, 2020, the subject Lowe's facility overhead rolling door was unsafe, not properly maintained, in disrepair, malfunctioned, and failed to remain in the open position while Plaintiff was under it and it crashed down on the Plaintiff injuring him.

2



9. A properly and well-maintained overhead rolling door in compliance with all applicable federal, state, and local regulations, laws, ordinances and codes, and with the manufacturer's OEM specifications as well as in compliance with industry standards and Lowe's standards and guidelines, should not malfunction, fail, and crash down on its own in the absence of negligence.

10. Upon information and belief, CBRE was guilty of one or more of the following careless and negligent actions and/or omissions:

    a. Failed to maintain the overhead rolling door in safe operating condition;

    b. Failed to warn of the unsafe condition of the overhead rolling door;

    c. Failed to timely inspect the overhead rolling door for required service;

    d. Failed to properly plan for or provide timely inspections and preventative maintenance of the overhead rolling door;

    e. Failed to ensure that the overhead rolling door was maintained with the utmost concern for the safety of Lowe's employees;

    f. Failed to properly perform its Facility Management Services to keep the overhead rolling door well-maintained;

    g. Permitted the overhead rolling door to fall into a state of disrepair and become unsafe;

    h. Failed to prevent Lowe's employees from utilizing the dock area where the overhead rolling door was located;

    i. Failed to perform its Facility Management Services for the overhead rolling door in compliance with its agreement and allowed the door to fall into disrepair, malfunction, and fail; and

    j. Was otherwise careless and/or negligent in performing its Facility Management Services and responsibilities for the overhead rolling door.

11. As a direct and proximate result of CBRE's negligence, the subject door malfunctioned and failed and Plaintiff was injured resulting in past and future: medical expenses,

pain and suffering, loss of normal life, loss of income, impaired earning capacity, disability, disfigurement, among other losses.

WHEREFORE the Plaintiff, CLIFFORD WILLIAMS, prays for judgment against the Defendant, CBRE, INC., a Foreign Corporation incorporated in Delaware, jointly and severally in excess of the minimum jurisdictional limit of the Law Division of Cook County, Chicago, Illinois, plus costs and pre-judgment interest.

## COUNT II

(Clifford Williams v. D.H. Pace Company, Inc., a Foreign Corporation)

NOW COMES the Plaintiff, CLIFFORD WILLIAMS, by and through his attorneys, RYAN, RYAN & VIGLIONE, and complaining of the Defendant, D.H. PACE COMPANY, INC., a Foreign Corporation (hereinafter referred to as "Pace"), alleges additionally and in the alternative and upon information and belief that:

1. Upon information and belief at all times stated herein, the Defendant, Pace, was a Foreign Corporation, incorporated in the State of Delaware and doing business in various states and in various counties throughout the State of Illinois, including in Cook County, Illinois.

2. Upon information and belief at all times stated herein, Pace was in the business of helping companies safely create, manage, and maintain their facility doors, including to increase safety, improve performance, maintain code compliance, among others, including providing planned maintenance services, inspections, repair, replacement, and preventative maintenance of the overhead rolling doors in its customers' facilities throughout the country.

3. Upon information and belief, on and before June 4, 2020, Pace was in the business of planning and/or inspecting and/or maintaining and/or servicing and/or consulting and/or repairing and/or designing and/or installing and/or providing planned maintenance for facility



\* 5 0 1 7 3 7 1 8 \*

overhead rolling doors, docks, and related services for its customers, including Lowe's Home Improvement Centers, LLC d/b/a Lowe's Home Improvement at 201 Riverside Drive, East Peoria, Illinois 61611 (hereafter referred to as "Lowe's").

4. On or about June 4, 2020, the Plaintiff was employed by Lowe's and was present at Lowe's facility in the area of its loading dock and overhead rolling door.

5. Upon information and belief at all times stated herein, Pace agreed to and/or otherwise assumed the duty of planning and/or inspecting and/or maintaining and/or servicing and/or consulting and/or repairing and/or designing and/or installing and/or providing planned maintenance services and related services (hereafter "Services") for the Lowe's facility and its overhead rolling doors.

6. Upon information and belief at all times stated herein, Pace agreed to and/or assumed the duty to ensure that its Services met or exceeded applicable industry standards and manufacturer's OEM specifications as well as complied with Lowe's standards and guidelines and were performed in compliance with all applicable federal, state and local regulations, laws, ordinances, and codes.

7. Upon information and belief at all times stated herein, Pace agreed to and/or assumed the duty to satisfy Lowe's objectives, including to protect Lowe's valuable reputation of having attractive and well-maintained Facilities and keep its store in a controlled, safe, and shoppable environment at all times.

8. Upon information and belief at all times stated herein, Pace agreed to and otherwise assumed the duty to perform all Services with the utmost concern for the safety of contractor's personnel, Lowe's employees, the general public, and all property.

5



FILED DATE: 5/25/2022 2:37 PM   2022L004686

9.  On or about June 4, 2020, the subject Lowe's facility overhead rolling door was unsafe, not properly maintained, in disrepair, malfunctioned, and failed to remain in the open position while Plaintiff was under it and it crashed down on the Plaintiff injuring him.

10.  A properly and well-maintained overhead rolling door in compliance with all applicable federal, state, and local regulations, laws, ordinances, codes, and with the manufacturer's OEM specifications as well as in compliance with industry standards and Lowe's standards and guidelines, should not malfunction, fail, and crash down on its own in the absence of negligence.

11.  Upon information and belief, Pace was guilty of one or more of the following careless and negligent actions and/or omissions:

   a.  Failed to maintain the overhead rolling door in safe operating condition;

   b.  Failed to warn of the unsafe condition of the overhead rolling door;

   c.  Failed to timely inspect the overhead rolling door for required service;

   d.  Failed to properly plan for or provide timely inspections and preventative maintenance of the overhead rolling door;

   e.  Failed to ensure that the overhead rolling door was maintained with the utmost concern for the safety of Lowe's employees;

   f.  Failed to properly perform its Facility Management Services to keep the overhead rolling door well-maintained;

   g.  Permitted the overhead rolling door to fall into a state of disrepair and become unsafe;

   h.  Failed to prevent Lowe's employees from utilizing the dock area where the overhead rolling door was located;

   i.  Failed to properly install, design, maintain, repair, service, inspect, and/or keep the overhead rolling door in safe working condition and repair;



FILED DATE: 5/25/2022 2:37 PM   2022L004686

j.  Failed to timely and properly repair the overhead rolling door or prevent its use when it knew or should have known that Lowe's employees and others were utilizing the dock area where the overhead rolling door was located;

k.  Failed to timely and properly perform preventative maintenance work with respect to the overhead rolling door; and

l.  Was otherwise careless and/or negligent in performing its responsibilities for the subject overhead rolling door.

12.  As a direct and proximate result of Pace's negligence, the subject door malfunctioned and failed and Plaintiff was injured resulting in past and future: medical expenses, pain and suffering, loss of normal life, loss of income, impaired earning capacity, disability, disfigurement, among other losses.

WHEREFORE the Plaintiff, CLIFFORD WILLIAMS, prays for judgment against the Defendant, D.H. PACE COMPANY, INC., a Foreign Corporation incorporated in Delaware, jointly and severally in excess of the minimum jurisdictional limit of the Law Division of Cook County, Chicago, Illinois, plus costs and pre-judgment interest.

*/s/ Kathleen M. Ryan*
Attorney for the Plaintiff

Kathleen M. Ryan
Michael M. Viglione
Ryan, Ryan & Viglione
209 West Madison Street
Waukegan, Illinois 60085
(847) 244-1436
kryan@rrvlaw.net
mviglione@rrvlaw.net

FILED DATE: 5/25/2022 2:37 PM  2022L004686



Attorney No. 12330

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CLIFFORD WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2022L004686 |
| CBRE, INC. and D.H. PACE COMPANY, INC., | ) ) ) |
| Defendants. | ) |

### RULE 222 AFFIDAVIT

I, Kathleen M. Ryan, certify that based on the information available at this time the damages sought by the Plaintiff is in excess of $50,000.00.

_____
Attorney for the Plaintiff

Kathleen M. Ryan
Michael M. Viglione
Ryan, Ryan & Viglione
209 West Madison Street
Waukegan, Illinois 60085
(847) 244-1436
kryan@rrvlaw.net
mviglione@rrvlaw.net

8